UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-61538-CIV-SEITZ/DUBÉ

JOSEPH V. LANDI,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

THIS CAUSE is before this Court on the Motion for Attorney's Fee filed by the Plaintiff (D.E. #19) and the Motion for Extension of Time to File Motion for Attorney's Fees filed by the Plaintiff (D.E. #20) pursuant to an Order of Reference entered by the Honorable Patricia A. Seitz, United States District Judge. This Court has reviewed the motion, the response by the Government and the file in this cause.

On May 27, 2009, an Order was entered by Judge Seitz adopting a Report and Recommendation by this Court and reversing and remanding this cause for further proceedings. (D.E. #16).

The present motion seeks an award of fees pursuant to the Equal Access to Justice Act. The motion indicates that 15.16 hours were spent on this case at the rate of $171.13, for a total fee recovery sought of $2,594.43. The response by the Government indicates agreement of the parties to an award of attorney's fees in the amount of $2,594.33 pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412, payable to the counsel for the Plaintiff; and costs in the amount of $350.00

to be paid out of the Judgement Fund, payable to the Plaintiff.

This Court finds that the agreed-upon amount for attorney's fees and costs is reasonable and that the Plaintiff should be awarded the sum of $2,594.33 for attorney's fees and $350.00 for costs.

Accordingly, based on the foregoing, it is the recommendation of this Court that the Motion for Attorney's Fee (D.E. #19) be **GRANTED** and that counsel for the Plaintiff be awarded the sum of **$2,594.33** pursuant to the EAJA; and that the Plaintiff should be reimbursed **$350.00** paid out of the Judgment Fund.

Additionally, it is the recommendation of this Court that the Motion for Extension of Time to File Motion for Attorney's Fees be **DEEMED as MOOT**. (D.E. #20).

Pursuant to Local Magistrate Rule 4(b), the parties have ten (10) days from service of this Report and Recommendation to serve and file written objections, if any, with the Honorable Patricia A. Seitz, United States District Judge. Failure to file timely objections shall bar the parties from attacking on appeal the factual findings contained herein. Loconte v. Dugger, 847 F.2d 745 (11th Cir. 1988), cert. denied, 488 U.S. 958 (1988); R.T.C. v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993).

**DONE AND ORDERED** this 18 day of June, 2009.

ROBERT L. DUBÉ
UNITED STATES MAGISTRATE JUDGE