UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-61538-CIV-SEITZ/DUBE'

JOSEPH V. LANDI,

        Plaintiff,

v.

MICHAEL ASTRUE, Commissioner
of Social Security,

        Defendant.
_____/

## ORDER ADOPTING AND AFFIRMING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE

THIS CAUSE is before the Court on the Report and Recommendation of Magistrate Judge Dubé [DE-22] to which no objections have been filed because Defendant agrees with the amount of attorneys fees and costs sought by Plaintiff. Accordingly., it is

ORDERED that

1) The Magistrate Judge's Report and Recommendation [DE-22] is AFFIRMED AND ADOPTED.

2) Plaintiff's Motion for Attorney's fees [DE-19] is GRANTED. Counsel for Plaintiff is entitled to $2,594.33 in attorney's fees, payable by the Social Security Administration, and Plaintiff shall be reimbursed $350 for costs from the Judgment Fund.

3) Plaintiff's Motion for Extension of Time to File Motion for Attorney's Fees is DENIED as moot.

4) This case remains CLOSED.

DONE AND ORDERED in Miami, Florida, this 20th day of August, 2009.

                              PATRICIA A. SEITZ
                              UNITED STATES DISTRICT JUDGE

cc:    Magistrate Judge Dubé
        Counsel of Record